```
 1
 2
 3
 4
 5
 6
 7
 8                        UNITED STATES DISTRICT COURT
 9                       CENTRAL DISTRICT OF CALIFORNIA
10                              WESTERN DIVISION
11  CLARENCE ERWIN REESE,              )
                                       )
12              Petitioner,            ) Case No. CV 08-2080 SJO (AJW)
                                       )
13        v.                           )
                                       ) ORDER ACCEPTING REPORT AND
14  WILLIAM SULLIVAN, WARDEN,          ) RECOMMENDATION OF
                                       ) MAGISTRATE JUDGE
15              Respondent.            )
    _____)
16
```

17    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed

18 the entire record in this action, and the Report and Recommendation

19 of United States Magistrate Judge ("Report"). No objections to the

20 Report have been filed within the time allowed. The Court concurs

21 with and accepts the findings of fact, conclusions of law, and

22 recommendations contained in the Report.

23    DATED: March 9, 2012

24                                    *S. James Otero* (signature)

25                                    _____
                                      S. James Otero
26                                    United States District Judge

27

28