UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **CLARENCE ERWIN REESE,** | ) | Case No. CV 08-2080-SJO(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **WILLIAM SULLIVAN, Warden,** | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: March 9, 2012

_____
S. James Otero
United States District Judge