```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                      CENTRAL DISTRICT OF CALIFORNIA
10                              WESTERN DIVISION
11
    CLARENCE ERWIN REESE,           )   Case No. CV 08-2080-SJO(AJW)
12                                  )
              Petitioner,           )
13                                  )
         v.                         )   JUDGMENT
14                                  )
    WILLIAM SULLIVAN, Warden,       )
15                                  )
              Respondent.           )
16  _____)
17
         It is hereby adjudged that the petition for a writ of habeas
18
    corpus is denied.
19
20
    Dated: March 9, 2012                   S. James Otero
21                                     _____
22                                     S. James Otero
                                       United States District Judge
23
```